# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-20-00497-CV

---

**Ruth Hughs in her Official Capacity as the Texas Secretary of State, Appellant**

**v.**

**Move Texas Action Fund, Appellee**

---

### FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-20-005507, THE HONORABLE TIM SULAK, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Texas Secretary of State Ruth Hughs has filed an unopposed motion to dismiss her interlocutory appeal for want of jurisdiction. Hughs argues that her appeal is moot because appellee Move Texas Action Fund has filed a notice of nonsuit in the district court. We agree that the nonsuit has rendered the case moot. *See University of Tex. Med. Branch at Galveston v. Estate of Blackmon ex rel. Shultz*, 195 S.W.3d 98, 100–01 (Tex. 2006) (per curiam) (dismissing pending appeal from denial of plea to jurisdiction because nonsuit of all claims rendered case moot). We grant Hughs's motion and dismiss the appeal for want of jurisdiction. *See id.* at 101.

 

                                       _____

Edward Smith, Justice

Before Justices Goodwin, Baker, and Smith

Dismissed for Want of Jurisdiction

Filed:   December 18, 2020